**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CV 03488**

------------------------------------------------------------X
CLIPPER MARINE SERVICES A/S., f//k/a :
CRESCENT MARINE SERVICES A/S :
:
Plaintiff, :
:
- against - :
:
BARTON SHIPPING GROUP LIMITED, :
BARTON SHIPPING COMPANY LIMITED, :
BARTON PARTNER LIMITED, BARTON :
(TREASURE) LIMITED, TREASURE PARTNER :
LIMITED, BARTON (TRADEWIND) LIMITED :
BARTON (TRIBUTE) LIMITED, and BARTON :
(TRITON) LIMITED, :
:
Defendants. :
------------------------------------------------------------X



### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 10, 2008
New York, NY

The Plaintiff,
Clipper Marine Services A/S f/k/a
Crescent Marine Services A/S,

By: _____
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900

New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com